UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ACCESS FOR THE DISABLED, INC., a
Florida not-for-profit corporation, and
DENISE PAYNE, individually,   Case No. 1:08-CV-1057

    Plaintiffs,   HON. JANET T. NEFF

v

PR WOODLAND LIMITED PARTNERSHIP,
L.P., a Delaware Partnership,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court
held in the Federal Building
in Grand Rapids, Michigan on:
_____

PRESENT: HON. _____
U.S. DISTRICT JUDGE

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated June 23, 2009 ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

1

2. The Court retains jurisdiction over this matter to enforce the terms

Settlement Agreement.

_____
U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the

above Order.

*Counsel for Plaintiffs:*

\s\ Owen B Dunn Jr.
Owen B. Dunn, Jr. (P66315)
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo, OH 43604
(419) 241-9661
dunnlawoffice@sbcglobal.net

*Counsel for Defendant:*

\s\ Michael D. Wade
MICHAEL D. WADE (P24833)
GARAN LUCOW MILLER, P.C.
300 Ottawa Avenue, N.W., 8th Floor
Grand Rapids, MI 49503
Telephone: (616) 742-5500
MWade@garanlucow.com

2